**IT IS ORDERED as set forth below:**

**Date: September 7, 2023**



_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

**Signed as Revised by the Court**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Estella Myers-Welch ) | |
| ) | |
| Debtor(s). ) | |
| ) | CASE NO. 23-56354-wlh |
| ) | CHAPTER 13 |
| FYR SFR Borrower, LLC ) | |
| ) | Judge Wendy L. Hagenau |
| Movant. ) | |
| ) | |
| V. ) | CONTESTED MATTER |
| ) | |
| Estella Myers-Welch, Debtor(s), ) | |
| Nancy J. Whaley, Trustee ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ) | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On August 14, 2023, FYR SFR Borrower, LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 16) (the "Motion"). The Motion concerns rented real property known as 2523 Lake Jodeco Road, Jonesboro, Georgia 30236 (the "Property"). A

1

hearing on said Motion was heard on August 30, 2023, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor or Trustee, and similarly no opposition to Movant's Motion was announced at the hearing by the Debtor or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. §§ 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr
Ste 106-33
Atlanta, GA 30350
Tel: (404) 692-4342

Email: mft@tottenfirm.com

No Opposition:

 /s/ Maria C. Joyner  (w/ exp. perm.)
Maria C. Joyner, Staff Attorney
Georgia Bar No. 118350
Office of Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303
Chapter 13 Trustee


**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr
Ste 106-33
Atlanta, GA 30350

Karen King
King & King Law LLC
215 Pryor Street SW
Atlanta, GA 30303

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

Estella Myers-Welch
2523 Lake Jodeco Road
Jonesboro, Georgia 30236

3